Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAV N GO KFT., a Hungarian limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>MIO TECHNOLOGY USA LTD, a California corporation,<br><br>  Defendant. | Case No. 2:08-CV-1384-LRH-(LRL)<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY, MOTION TO STAY THIS ACTION PENDING RESOLUTION OF THE HUNGARIAN LAWSUIT** |

**STIPULATION**

1. On November 10, 2008, Defendant Mio Technology USA Ltd ("Defendant" and/or "Mio USA") filed Defendant's Motion To Dismiss Or Alternatively, Motion to Stay This Action Pending Resolution of the Hungarian Lawsuit. (*See* Docket No. 8.)

2. Pursuant to District of Nevada Local Rule 7-2(b) and Federal Rule of Civil Procedure 6, the time for Plaintiff Nav N Go Kft. ("Plaintiff" and/or "Nav N Go") to file and serve its brief in opposition to Defendant's motion expires on November 28, 2008.

3. Due to the Thanksgiving holiday, Nav N Go has requested additional time to file and serve its brief in opposition to Defendant's motion. Defendant has agreed to grant Nav N Go an additional ten (10) days to do so.

4. Thus, Nav N Go shall have until Monday, December 8, 2008, to file and serve its

453110.2

brief in opposition to Defendants' motion.

**IT IS HEREBY AGREED AND STIPULATED**:

By:   /s/ Jonathan W. Fountain            By:   /s/ John P. Desmond (with consent)

| LEWIS AND ROCA LLP | JONES VARGAS |
|---|---|
| Michael J. McCue | John P. Desmond |
| Jonathan W. Fountain | Wayne O. Klomp |
| 3993 Howard Hughes Pkwy., Suite 600 | 100 West Liberty St., 12th Floor |
| Las Vegas, NV 89169 | Reno, NV 89504 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Nav N Go Kft. | Mio Technology USA Ltd |

Dated: November 24, 2008.

### ORDER

The Court, having reviewed the foregoing stipulation and being otherwise fully informed, Plaintiff Nav N Go Kft. shall have until December 8, 2008 to file and serve its brief in opposition to Defendant's Motion To Dismiss Or Alternatively, Motion to Stay This Action Pending Resolution of the Hungarian Lawsuit (Docket No. 8).

**IT IS SO ORDERED:**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  December 3, 2008.