## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAV N GO KFT., a Hungarian limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MIO TECHNOLOGY USA LTD, a California corporation,<br><br>　　　　　　　Defendant. | Case No. 2:08-CV-1384-LRH-(LRL)<br><br>**STIPULATION AND<br>ORDER STAYING ACTION** |

### STIPULATION

WHEREAS, on July 14, 2009, the Court entered a preliminary injunction in favor of Plaintiff Nav N Go Kft. ("Plaintiff" and/or "Nav N Go") and against Defendant Mio Technology USA Limited ("Defendant" and/or "Mio USA"), effective upon Nav N Go's deposit of $1,000 with the Clerk of the Court;

WHEREAS, on July 16, 2009, Nav N Go deposited $1,000 with the Clerk of the Court;

WHEREAS the parties are presently engaged in good-faith settlement negotiations that may resolve the action in its entirety;

WHEREAS, to facilitate settlement negotiations, the parties wish to stay this action for a period of sixty (60) days from the date of entry of the Court's order approving this stipulation;

WHEREAS, the preliminary injunction shall not be affected by this stay of proceedings and shall remain in full force and effect, subject to further order of the Court;

WHEREAS, this action shall only be stayed with respect to the time for Defendant to file

an answer or other responsive pleading, the time for the parties to meet pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and with respect to the commencement of discovery; and

WHEREAS, by entering into the aforementioned stay, the parties wish to preserve all rights, privileges, claims, and defenses that each may have against the other;

**NOW THEREFORE,** the foregoing is hereby agreed and stipulated by the parties through their undersigned counsel of record:

| | |
|---|---|
| By:   /s/ Jonathan W. Fountain | By:   /s/ Wayne O. Klomp |
| LEWIS AND ROCA LLP<br>Michael J. McCue<br>Jonathan W. Fountain<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, Nevada 89169<br>(702) 949-8200 (tel.)<br>(702) 949-8398 (fax)<br><br>Attorneys for Plaintiff<br>Nav N Go Kft. | JONES VARGAS<br>John P. Desmond<br>Wayne O. Klomp<br>100 West Liberty St., 12th Floor<br>Reno, Nevada 89504<br>(775) 786-5000 (tel.)<br>(775) 786-1177 (fax)<br><br>-and-<br><br>BAKER & McKENZIE LLP<br>Colin H. Murray<br>Sanjay Bhandari<br>12544 High Bluff Drive, 3rd Floor<br>San Diego, California 92130<br>(858) 523-6200 (tel.)<br>(858) 259-8290 (fax)<br><br>Attorneys for Defendant<br>Mio Technology USA Ltd. |

## ORDER

This action is stayed for a period of sixty (60) days from the date this order is entered upon the docket of this action. Upon expiration of this stay, the Defendant shall have ten (10) court days to file and serve an answer or other responsive pleading. The preliminary injunction shall remain in full force and effect throughout the duration of the stay and thereafter, subject to further order of the Court.   **IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED:  July 22, 2009